IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-691-D

| | |
|---|---|
| SEANDELL FORMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on plaintiff's application to proceed in forma pauperis under 28 U.S.C. § 1915, which permits an indigent litigant to commence suit in federal court without paying administration costs associated with such proceedings. Plaintiff has demonstrated appropriate evidence of inability to pay the required court costs. Accordingly, plaintiff's application is allowed.

The clerk is directed to file the complaint and issue the summons prepared by plaintiff. The U.S. Marshal is directed to serve the summons and a copy of the complaint on defendant.

SO ORDERED. This 14 day of October 2013.

JAMES C. DEVER III
Chief United States District Judge